VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Avenue North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Victoria.Francis@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINTON BIRDINGROUND,<br><br>Defendant. | CR 03-17-BLG-RFC<br><br><br>**SATISFACTION OF MONETARY JUDGMENT** |

The monetary judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the District of Montana is hereby authorized and empowered to satisfy and cancel the judgment of record as to the monetary judgment of record imposed by this Court.

1

DATED this 10th day of December, 2007.

          WILLIAM W. MERCER
          United States Attorney


          /s/ Victoria L. Francis
          VICTORIA L. FRANCIS
          Assistant U.S. Attorney
          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on December 10, 2007, the United States Attorney's Office served copies of the attached document by e-mail or first class mail, postage prepaid, as follows:

Addressee(s):

| | |
|---|---|
| Palmer Hoovestal<br>Attorney at Law<br>P.O. Box 747<br>Helena, MT 59624 | Quinton Birdinground - 07696-046<br>FCI Sandstone<br>P.O. Box 999<br>Sandstone, MN 55072 |

/s/ Victoria L. Francis
Victoria L. Francis
Assistant U.S. Attorney
Attorney for Plaintiff