IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINTON BIRDINGROUND, JR.,<br><br>Defendant. | CR 03-17-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, QUINTON BIRDINGROUND, JR. is hereby released from the custody of the U.S. Marshals Service.

DATED this 23rd day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1