IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUINTON BIRDINGROUND, JR.,<br><br>Defendant. | CR 03–17–BLG–SPW<br><br><br><br>ORDER |

The government having moved unopposed for a continuance of the deadline by which to file a response to the defendant's motion for compassionate release, (*see* Doc. 123),

**IT IS ORDERED** that the motion (Doc. 126) is **GRANTED**. The deadline to file a response to the pending motion is extended up to and including **September 29, 2023**.

**IT IS FURTHER ORDERED** that the defendant's report date to his designated BOP facility is **STAYED** pending resolution of his motion for compassionate release. (*See* Doc. 122 at 2 (Am. Judg.); Doc. 123 (Motion); Doc.

126 at 2 n.1 (Govt Non-opposition).) The United States Marshal's Service is directed to notify BOP of the entry of this Order.

The Clerk of Court is directed to notify counsel and the U.S. Marshal's Service of the making of this Order.

DATED this 13th day of September, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge